THE STATE EX REL. TOLLE, APPELLEE, *v.* SPHERION
OF MID-OHIO, INC., ET AL., APPELLANTS.

2017-Ohio-2923.]

(No. 2015–1717—Submitted April 4, 2017—Decided May 23, 2017.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State ex rel. Cordell v. Pallet Cos., Inc.,* 149 Ohio St.3d 483, 2016-Ohio-8446, 75 N.E.3d 1230.

O'CONNOR, C.J., and FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would schedule oral argument and issue a ruling on the merits following oral argument.

---

Badnell & Dick Co., L.P.A., and Kelly L. Badnell, for appellee.

Lee M. Smith & Associates Co., L.P.A., and Elizabeth P. Weeden, for appellant Spherion of Mid–Ohio, Inc.

Michael DeWine, Attorney General, and Kevin J. Reis, Assistant Attorney General, for appellant Industrial Commission.